**Opinion issued December 17, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-19-00875-CV

————————————

### JAYNIR INC., TIMIR PATEL AND NIPEKSHA PATEL, Appellants

### V.

### VIRGO FINANCE COMPANY, LLC, Appellee

---

### On Appeal from the 113th District Court
### Harris County, Texas
### Trial Court Case No. 2018-47997

---

### MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss the appeal. No opinion has issued.

We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a); 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.